# EXHIBIT A

| Name List | Pleadings/Orders | Services | Main Menu | Logoff |

# Roanoke County Circuit - Civil Division
## Case Details

| Case Number: CL19000396-00 | Filed: 03/15/19 |
|---|---|
| Filing Type: General Tort Liability | Filing Fee Paid Yes |
| Number of Plaintiffs: 0001 | Number of Defendants: 0001 |
| Commenced By: Initial Filing | |
| Bond: | Complex Case: |

If there are more than three plaintiffs or defendants as indicated under "Number of Plaintiffs" or "Number of Defendants" in the table above, please contact the court for the additional party information.

**Plaintiffs**

    Plaintiff: **ALLSTATE INDEMNITY COMPANY ASO**
    Trading as: ANTHONY AND KAREN AYERS
    Attorney: WILLIAMSON, JOHN

**Defendants**

    Defendant: **AIR VENT, INC.**
    Trading as:
    Attorney:

## Hearings

| # | Date | Time | Type | Room | Duration | Jury | Result |
|---|------|------|------|------|----------|------|--------|

**Date Ordered To Mediation:**

## Final Disposition

- **Judgment:**
- **Final Order Date:**
- **Appealed Date:**
- **Concluded By:**

| Name List | Pleadings/Orders | Services | Main Menu | Logoff |

Build #: 3.8.0.1

Return to Case　Main Menu　Logoff

## Roanoke County Circuit - Civil Division
### Service Details

**Case Number:** CL19000396-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| AIR VENT INC | 1 | Complaint With Interrogatories And Production Of Documents | | 03/27/19 | Certificate Of Service |

Return to Case　Main Menu　Logoff

Build #: 3.8.0.1